UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                              Chapter 11

DISPLAY GROUP INC.                                 Case No.10-75502

                      Debtor.     AFFIDAVIT PURSUANT TO
                                  LOCAL RULE 1007-3
-------------------------------------------------------------x
STATE OF NEW YORK)
COUNTY OF SUFFOLK)ss:-

     James Rufle, being duly sworn, deposes and says:

     1.  I am the President of Display Group Inc., the debtor herein.

     2.  The debtor is a New York corporation doing business as a manufacturer of display cabinets.  Due to a down turn in the economy resulting in a reduction of business in 2009 and 2010, the debtor fell behind on its tax obligations.  Due to an imminent Internal Revenue Service seizure, the corporation decided to file this Chapter 11 proceeding.

     3.  The names and addresses of the twenty (20) largest creditors of the debtor, excluding those creditors who would not be entitled to vote at a Creditors' Meeting under Rule 1007 and §1102 of the Bankruptcy Code, such creditors as were insiders of the debtor at the time of the filing are listed on the annexed schedule.

     4.  To the best of my knowledge, information and belief there are lawsuits pending against the debtor and all litigation is set forth in the debtor's schedules.

     5.  There is no prior bankruptcy proceeding and no case Trustee has been appointed.

     6.  The debtor leases the premises located at 40-4 Aero Road, Bohemia, New York pursuant to a lease agreement with a monthly rent of $4,500.00 per month.  The debtor is substantially current on its rent.

7. This case is commenced as a Chapter 11 proceeding and at this time, upon information and belief, no Creditors' Committee has been organized.

8. It is anticipated that the debtor will operate at a profitable level for the next thirty (30) days and will receive approximately $70,000.00 in gross receipts. The debtor's monthly operating expenses are approximately $66,545.00 consisting of the following:

| | |
|---|---:|
| Rent | $ 4500 |
| Utilities/LIPA | 5400 |
| Keyspan | 1200 |
| Auto | 750 |
| Health Insurance | 1600 |
| Workers Compensation | 3500 |
| Telephone | 279 |
| Cable | 526 |
| Materials | 12,500 |
| Salaries | 15,050 |
| Officer salary | 12,040 |
| Taxes | 3000 |
| Insurance/BusCost of good sold | 2500 |
| Garbage | 500 |
| Shipping | 2000 |
| Miscellaneous | 1000 |
| Gas | 200 |
| Total Expenses | $ 66,545 |

9. Upon information and belief, the debtor does not have any secured creditors.

10. The debtor's assets and the debtor's liabilities are set forth in the annexed schedules.

11. No stocks, bonds, debentures or other securities of the debtor have been publicly issued.

12. None of the debtor's property is in the possession or control of any custodian, public officer, mortgagee, pledgee, assignee of rents, a secured creditor or agent of any such entity.

13. The debtor's assets are located at 40-4 Aero Road, Bohemia, New York 11716. No assets of the debtor are outside of the territorial limits of the United States.

14. The name and address of the existing senior management is James Rufle and Glen Fugii.

                                                  DISPLAY GROUP INC.

                                                  BY:*s/James Rufle*
                                                        James Rufle, President

Sworn to before me this
 15th day of July, 2010.
*s/Michael J. Macco*
Michael J. Macco
Notary Public, State of New York
No. 02MA4761094
Qualified in Suffolk County
Commission Expires January 31, 2011